UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

JUDGE: HON. FAITH S. HOCHBERG            DATE: December 14, 2011

COURT REPORTER: JOHN STONE

DEPUTY CLERK: JULIANNE BURO

Title of Case: STEWART, et al. v. SAMSUNG ELECTRONICS AMERICA, INC.

                                                                                 Civ. Docket No. 10-5096 (FSH)

Appearances:    Steve Schwartz, Esq. for Plaintiffs
                 Andrew Friedman, Esq. for Plaintiffs
                 Gina Tufaro, Esq. for Plaintiffs
                 Benjamin Johns, Esq. for Plaintiffs
                 Justin Shane, Esq. for Plaintiffs
                 Robert Assuncao, Esq. for Defendants
                 Steven Gooby, Esq. for Defendants
                 John Mueller, Esq. for Defendant

**NATURE OF PROCEEDINGS:** Status Conference

Status Conference held on the record.

Time Commenced: 1:45p.m.                  Time adjourned: 2:35p.m.

cc: chambers                                     *Julianne Buro*
                                                    Deputy Clerk