# ANSA | ASSUNCAO LLP

Two Tower Center Blvd., Suite 1600
East Brunswick, NJ 08816-1100
Telephone: 732.993.9850
Facsimile: 732.993.9851
www.ansalaw.com

Robert A. Assuncao
Direct Dial 732.993.9860
robert.assuncao@ansalaw.com

June 13, 2012

**VIA ECF**

Hon. Faith S. Hochberg, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. P.O. & Courthouse
1 Federal Square, Room 369
P.O. Box 999
Newark, New Jersey 07101-999

Re:   *In re Samsung Television Litigation*
      Case No.: 10-5096 (FSH) (PS)

Dear Judge Hochberg:

We represent Defendant Samsung Electronics America, Inc. in the above-referenced matter. On January 4, 2012, we advised the Court of a putative national class settlement in the matter of *Russell et al. v. Samsung Electronics America, Inc.*, filed in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2011-7260. Because the *Russell* Settlement rendered moot the claims brought in the New Jersey action, this Court entered an Order dated January 5, 2012, that administratively terminated this action and directed counsel to report to the Court within six months whether the settlement has been consummated.

By Order of Final Judgment entered May 29, 2012, the Oklahoma District Court certified a national Settlement Class and gave final approval to the *Russell* Settlement. A copy of the Final Judgment is enclosed for the Court's reference. In light of the *Russell* Settlement, and because none of the New Jersey Plaintiffs elected to opt-out of that Settlement, the Parties to this action have agreed to the entry of the enclosed Stipulation of Dismissal. If this Stipulation meets with the Court's approval, we respectfully request that it be "So Ordered".

We are available at the Court's convenience to discuss this matter if required. Thank you for your consideration of this submission.

Respectfully submitted,

Robert A. Assuncao

cc:   All counsel of record (via ECF)

PENNSYLVANIA   NEW JERSEY   NEW YORK   FLORIDA   MARYLAND
(A Pennsylvania Limited Liability Partnership)