CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SAMSUNG TELEVISION LITIGATION | Civil Action No. 10-5096 (FSH) (PS)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) |

WHEREAS, by Order of Final Judgment entered May 29, 2012 (the "Final Judgment"), the District Court of Oklahoma County, State of Oklahoma certified a national Settlement Class and gave final approval to a national class action settlement in the matter of *Ryan Russell and Philip Bourne v. Samsung Electronics America, Inc.*, Case No. CJ-2011-7260 (the "*Russell* Settlement"); and,

WHEREAS, all members of the *Russell* Settlement class who did not timely and validly file an opt-out with the Oklahoma Court are bound by the Final Judgment and the terms of the *Russell* Settlement; and,

WHEREAS, because the named Plaintiffs in this action: 1) are class members in the *Russell* action; 2) received notice of the *Russell* Settlement; and 3) did not exercise their right to opt out of the settlement, they are bound by the Final Judgment and the terms of the *Russell* Settlement; and,

FOR THE FOREGOING REASONS, IT IS HEREBY STIPULATED and AGREED by the parties hereto, through their undersigned counsel, that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own

attorneys' fees and costs. Nothing in this Stipulation bars the named Plaintiffs in this matter from submitting claims to the Samsung Capacitor Claims Administrator in accordance with the terms of the *Russell* Settlement.

/s/ Benjamin Johns  RAA
Steven A. Schwartz
Benjamin Johns
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
Haverford, PA 19041

*Counsel for Plaintiffs*

Dated: June 13, 2012

Robert A. Assuncao
Steven F. Gooby
ANSA ASSUNCAO, LLP
Two Tower Center Blvd.
Suite 1600
East Brunswick, NJ 08816-1100

*Counsel for Defendant
Samsung Electronics America, Inc.*

Dated: June 13, 2012

SO ORDERED: 6/14/12

Hon. Faith S. Hochberg, U.S.D.J.